# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS FULLER,** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER: 2:25-cv-00754-JTA** |
| **TOWN OF ROCKFORD,** | ) | |
| | ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To:   Town of Rockford
      ATTN: Town Clerk
      P.O. Box 128
      Rockford, AL 35136-0128

A lawsuit has been filed against you.

   Within    **21**    days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Leroy Maxwell Jr
   Kristen E. Gochett
   1820 3rd Ave. North Suite 300
   Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.


DATE:   10/15/2025                TREY GRANGER/CLERK OF COURT

                                  By:

<u>SEE REVERSE SIDE FOR RETURN</u>        Deputy Clerk

                                     (SEAL OF COURT)



                                  MIDDLE DISTRICT OF ALABAMA
                                  ONE CHURCH STREET, RM B-110
                                  MONTGOMERY, ALABAMA 36104

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     _____

*Date*                   *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                 $
                  Expenses: _____ miles @ _____ cents     $_____

                                                  TOTAL $